**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 99-6960**

―――――――――

UNITED STATES OF AMERICA,

Respondent - Appellee,

versus

JOHN WELDON BURNS,

Petitioner - Appellant.

―――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, District Judge.  (CR-95-149-4-H)

―――――――――

Submitted:  November 9, 1999        Decided:  December 17, 1999

―――――――――

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

John Weldon Burns, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Weldon Burns appeals the district court's order denying his motion filed under Fed. R. Civ. P. 60(b) contesting the court's amended judgment. This was an improper rule to use to attack the amended criminal judgment. To the extent that Burns attacks the underlying amended judgment, he has not shown any prejudice from the alleged procedural errors. See United States v. Miller, 77 F.3d 71, 77-78. We therefore affirm the order.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2